# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

NANETTE G. SUTTON,　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　　**JUDGMENT**
CAROLYN W. COLVIN,　　　　　　　　　)　**CASE NO. 4:14-CV-15-D**
*Acting Commissioner of Social Security*,　　)
　　　　　　Defendant.　　　　　　　　　)

Decision by the Court:

　　　　**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 32] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 34] is GRANTED, and Defendant's final decision is AFFIRMED. This action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, <u>**FEBRUARY 20, 2015,**</u> WITH A COPY TO:

Derrick Kyle Arrowood (via CM/ECF electronic notification)
Mark J. Goldenberg (via CM/ECF electronic notification)

<u>February 20, 2015</u>　　　　　　　　　JULIE RICHARDS JOHNSTON, Clerk
Date　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　<u>/s/Crystal Jenkins</u>
　　　　　　　　　　　　　　　　　　(By) Deputy Clerk